FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK GILBERT,<br><br>    Defendant. | No. 4:17-CR-6045-SAB<br><br>**ORDER MODIFYING CONDITIONS OF PROBATION** |

Before the Court is Defendant's Unopposed Motion to Modify Probation Conditions, ECF No. 221. The motion was heard without oral argument. Defendant is represented by Colin Prince. The United States is represented by Daniel Fruchter and Brian Donovan.

On March 16, 2023, Defendant pled guilty to Fraud in Connection with an Identification Document or Authentication Feature, in violation of 18 U.S.C. § 1028(a)(6). On July 27, 2023, the Court sentenced Defendant to a 3-year term of probation, requiring Defendant abide by conditions of probation. ECF No. 214 at 2–4. At issue is Standard Condition No. 10, which provides Defendant "must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon."

Defendant requests the Court modify this condition to allow him to continue to possess firearms, mostly WWII family heirlooms. Defendant notified his probation officer, Ruby Streich, when his probation started. Officer Streich did not

**ORDER MODIFYING CONDITIONS OF PROBATION *1**

object but requested the firearms be kept in a safe. The Government does not object to Defendant's request.

The Court finds good cause to grant Defendant's motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Modify Probation Conditions, ECF No. 221, is **GRANTED**. Standard Condition No. 10 is **MODIFIED** to read:

> *No. 10: Mr. Gilbert may possess firearms so long as they are kept in a safe or other secure storage method approved by his supervising probation officer.*

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Office.

**DATED** this 18th day of September 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER MODIFYING CONDITIONS OF PROBATION *2**